

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2015

No. 04-15-00415-CR

Terrill Carl **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2102-CR-A
Honorable W.C. Kirkendall, Judge Presiding

## ORDER

    The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to January 27, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Joseph Buitron
       Guadalupe County Attorney's Office
       211 W Court St
       Seguin, TX 78155-5730

       Gregory Sherwood
       Attorney at Law
       P.O. Box 200613
       Austin, TX 78720